GOHN
HANKEY &
BERLAGE LLP

www.ghsllp.com

201 North Charles Street
Suite 2101
Baltimore, Maryland 21201
(410) 752-9300 Tel.
(410) 752-2519 Fax

Jan I. Berlage
Direct Dial: (410) 752-1261
JBerlage@ghsllp.com

May 25, 2026

**CEASE & DESIST**

**Via First-Class Mail & Email**

Nicholas R. McDaniels, Esq.
LewisMcDaniels
41 N. Market Street
Frederick, MD 21701
Nick@lewismcdaniels.com

Re:    *Digi Solutions, Inc. v. Proxy Marketing, LLC*

Dear Nick:

Per my email dated May 22, 2026, the founders of your client, Proxy Marketing, LLC ("Proxy"), Michael Williams, Lexi Marmion, and James F. Thomas IV, formed Proxy in direct violation of their Non-compete Agreements with Digi Solutions, Inc. ("Digi"). Worse, these individuals solicited Digi's clients while still employed by Digi, made false statements to these clients and others about Digi, and stole Digi's trade secrets. Digi is willing to forego litigation and other remedies on the following conditions:

1. **Cease and Desist**

Proxy and its founders must immediately cease and desist from all direct or indirect solicitation, communication, diversion, interference, or business dealings with any current, former, or prospective clients, clients, leads, vendors, or business relationships associated with Digi.

2. **Rectification of Client Diversion and Cancellations**

Proxy and its founders must immediately contact every Digi client, lead, or account that they have solicited, communicated with, redirected, serviced, or diverted to Proxy or any affiliated entity and advise them that you are legally prohibited from servicing or soliciting such accounts due to your binding contractual obligations and restrictive covenants. They will further facilitate the immediate restoration of all affected contracts, advertising accounts, and business relationships back to Digi Solutions, Inc.



### 3. Return of Company Property, Equipment, and Information

Proxy and its founders will immediately return all physical and digital property belonging to Digi Solutions, Inc., including but not limited to:

- Laptops and computers
- Monitors
- Headsets/headphones
- Phones and communication devices
- Storage devices and external drives
- Documents and operational manuals
- Client records and client databases
- Passwords, passcodes, and authentication credentials
- Proprietary files, reports, and data
- Any information or materials derived from your employment with Digi.

All Company-issued devices and equipment must be returned fully accessible, operational, and unlocked, including all passwords, PINs, MFA access methods, authentication applications, administrator credentials, backup recovery codes, and ownership access necessary for Digi to immediately secure and control its systems and information.

### 4. Preservation of Evidence

Proxy and its founders will immediately preserve all potentially relevant evidence, electronically stored information, and records relating in any way to the formation, funding, operation, communications, or activities of ProxyMarketing.ai and/or the solicitation or servicing of Digi Solutions clients, including but not limited to:

- Text messages
- Emails
- WhatsApp communications
- Slack messages
- CRM records and exports
- Client lists and notes
- Corporate formation documents
- Bank records and bank account statements
- Payment processor records

- Invoices and billing records
- Cloud storage records
- Internal communications
- Advertising account records
- Communications with Digi clients, leads, or vendors

Any deletion, modification, concealment, destruction, or alteration of evidence following receipt of this notice may constitute spoliation of evidence and will be addressed accordingly in anticipated litigation.

## 5. Restoration of Administrative Access and Digital Assets

Proxy and its founders will immediately restore and provide Digi Solutions, Inc. with full administrative ownership and access to all Company-owned, Company-managed, or client-related digital platforms, systems, advertising accounts, and business assets, including but not limited to:

- Google Ads accounts
- Google Analytics
- Google Tag Manager
- Google Business Profiles
- Meta Business Manager accounts
- Websites and domains
- Hosting accounts
- CRM systems
- Social media accounts
- Email accounts
- Call tracking systems
- Third-party software platforms and vendor systems

This includes the immediate transfer and restoration of all usernames, passwords, administrator permissions, ownership privileges, recovery methods, backup codes, MFA access methods, authentication devices, and billing profile access necessary for Digi Solutions, Inc. to fully secure, manage, and control its business operations and client advertising infrastructure. Proxy and its founders shall not withhold credentials, removing access, changing permissions, redirecting ownership, disabling accounts,

interfering with billing profiles, or otherwise obstructing Digi's ability to access and manage its systems and client advertising accounts.

### 6. Defamation and Reputational Interference

Proxy and its founders will immediately cease and desist from making, publishing, encouraging, soliciting, coordinating, or distributing any false, misleading, disparaging, defamatory, or reputation-damaging statements regarding Digi Solutions, Inc., its ownership, employees, operations, clients, or business practices. This includes, but is not limited to, the posting or coordination of negative online reviews, anonymous complaints, false reports, social media disparagement, interference with prospective business relationships, or any effort intended to damage the reputation, goodwill, or commercial standing of Digi. and its ownership, including Charles Warren.

### 7. Recovery of Damages, Payroll Disgorgement, Attorneys' Fees, and Legal Costs

Digi expressly reserves its right to seek reimbursement of its damages, including its legal fees and costs, once it completes its investigation and assessment of the damages your client and its founders caused it.

Please confirm in writing that your client and its founders agree to comply with the terms of this letter and will enter a formal memorialization of their obligations no later than **4 PM** on **Wednesday, May 27, 2026.**

Very truly yours,

Jan I. Berlage

cc:    Digi Solutions, Inc.